O'REILLY, Respondent, v. SUPREME LODGE, KNIGHTS OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Mary A. O'Reilly against the Supreme Lodge, Knights of Honor. No opinion. Judgment and order affirmed, with costs.

OVEROCKER, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Lydia J. Overocker against William W. Smith and another. No opinion. Judgment unanimously affirmed, with costs. CHASE, J., not sitting.

PACK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by John Pack against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

PATTERSON, Appellant, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Seely B. Patterson, trustee, against the Edison Electric Illuminating Company of Brooklyn. No opinion. Judgment affirmed, with costs.

PELKEY, Respondent, v. TOWN OF SARANAC, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Napoleon L. Pelkey, as administrator, etc., against the town of Saranac. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. DWYER, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Proceedings by the people of the state of New York against William Dwyer. A. I. Elkus, for appellant. C. E. Le Barbier, for the People. No opinion. Order (63 N. Y. Supp. 495) affirmed.

PEOPLE v. GRANITE STATE PROVIDENT ASS'N. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Proceedings by the people of the state of New York against the Granite State Provident Association. No opinion. Motion for reargument granted, and new case set down for hearing on the 25th day of November, 1901. See 72 N. Y. Supp. 1123.

PEOPLE v. LEAVITT. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Proceedings by the people of the state of New York against Charles E. Leavitt. No opinion. Motion denied.

PEOPLE, Respondent, v. McKEEGAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Proceedings by the people of the state of New York against Michael McKeegan. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. MANHATTAN REAL ESTATE & LOAN CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Proceedings by the people of the state of New York against the Manhattan Real Estate & Loan Company of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. MEISNER, Appellant. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Proceedings by the people of the state of New York against Peter Meisner. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SINCLAIR, Appellant. (Supreme Court Appellate Division, Second Department. November 29, 1901.) Proceedings by the people of the state of New York against Donald Sinclair. PER CURIAM. Judgment of conviction reversed, and new trial ordered, on the authority of People v. Kennedy, 164 N. Y. 449, 58 N. E. 652.

PEOPLE, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Proceedings by the people of the state of New York against Duncan Young. W. North, for appellant. C. E. Le Barbier, for the People. No opinion. Reargument ordered.

PEOPLE ex rel. ADAMS v. VOORHIS et al. PEOPLE ex rel. ALT v. SAME. (Supreme Court, Appellate Division, Second Department. October 28, 1901.) Separate proceedings by the people of the state of New York, on the relation of Joseph H. Adams and on the relation of Charles Alt, against John R. Voorhis and another. No opinion. Order affirmed, without costs.

PEOPLE ex rel. AMERICAN ICE CO. v. NUSSBAUM et al. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Proceedings by the people of the state of New York on the relation of the American Ice Company, against Myer Nussbaum, an alleged referee, and John C. Davies, attorney general of the state of New York. No opinion. Order affirmed, with $10 costs and disbursements. CHASE, J., not sitting.

PEOPLE ex rel. BATT et al., Respondents, v. WEST et al., Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Proceedings by the people of the state of New York, on the relation of Charles R. Batt and others, against Harvey C. West and others, as assessors, etc. No opinion. Judgment and order unanimously affirmed, with costs.